IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TROY HARTSFIELD | : | NO. 11-548 |

ORDER

AND NOW, this 21st day of October, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the Order of Magistrate Judge David R. Strawbridge dated September 27, 2011 granting the motion of the United States for pretrial detention of defendant Troy Hartsfield is AFFIRMED; and

(2) the motion of defendant Troy Hartsfield for pretrial release (Docket No. 10) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.